IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY PERNELL ATKINSON                                                                        PLAINTIFF

V.                                    CASE NO. 6:16-CV-06123

NANCY A. BERRYHILL,
Commissioner, Social Security Administration                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 20, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that the ALJ's decision be affirmed. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, the ALJ's decision is **AFFIRMED** and this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of November 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge